UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

Aug 04 2026

ARTHUR JOHNSTON, CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**CARLOS LAWSON**                                                                    **PETITIONER**

**v.**                                                        **CAUSE NO. 2:25CV93-LG-LGI**

**WARDEN ANGELENA
JOHNSON**                                                                    **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION AND
### GRANTING DEFENDANT'S MOTION TO DISMISS

**BEFORE THE COURT** is the [18] Report and Recommendation concerning the [8] Motion to Dismiss filed by Respondent Angelena Johnson. Petitioner Carlos Lawson did not file an objection by the deadline.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having conducted the required review, the Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. Respondent's Motion to Dismiss is granted, and Lawson's Petition for a Writ of Habeas Corpus is dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [18] Report and Recommendation is **ADOPTED** as the opinion of this Court.

-2-

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [8] Motion to

Dismiss filed by Respondent Angelena Johnson is **GRANTED**.  Carlos Lawson's [1]

Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 4th day of August, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE